MINUTE ENTRY          1:40 p.m.

UNITED STATES OF AMERICA -V- JUANITO FABROS

PRESENT: HON. ALEX R. MUNSON, JUDGE PRESIDING
  K. LYNN LEMIEUX, COURTROOM DEPUTY
  FAYE CROZAT, COURT REPORTER
  PATRICK SMITH, ASSISTANT U.S. ATTORNEY
  TIMOTHY MORAN, ASSJSTANT U.S. ATTORNEY
  G. ANTHONY LONG, ATTORNEY FOR DEFENDANT
  JUANITO FABROS, DEFENDANT

PROCEEDINGS:    CHANGE OF PLEA

Defendant appeared with counsel, G. Anthony Long. Government was represented by Timothy Moran, AUSA and Patrick Smith, AUSA. Also present was Margarita Wonenberg, U. S. Probation Officer.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Plea Agreement.

Court reviewed every element of the Plea Agreement with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of GUILTY to Count I of the Indictment. Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea and the Plea Agreement.

The Court set Sentencing for March 29, 2005 at 9:00 a.m. and the Presentence Investigation Report is due on Tuesday, February 22, 2005.

Court ordered that the defendant remain at liberty on the same terms and conditions as previously set.


        Adjourned at 2:05 p.m.
;   [KLL EOD 12/23/2004]