PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**FILED**
Clerk
District Court

JAN 17 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | | |
|---|---|---|---|
| **TO:** | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM:** | Melinda N. Brunson<br>US Probation Officer<br>4th Floor Horiguchi Bldg.<br>P.O. Box 502089<br>Saipan, MP 96950 |

☐ **Original Notice**          ☒ **Disposition of Original Notice**

Date: _____          Date: **September 1, 2005**

BY: _____            BY: **Judge Alex R. Munson**

---

Defendant: **Juanito Mercado Fabros**          Case Number: **03-00015-001**

Date of Birth: **XX/XX/1965**                  Place of Birth: **Philippines**

SSN: **XXX-XX-1367**

---

**NOTICE OF COURT ORDER** (Order Date: _____)

☐ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action

☐ The above-named defendant surrendered Passport Number _____ to the custody of the U.S. District Court on _____.

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

☐ Defendant not convicted — Document returned to defendant.

☐ Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒ Defendant convicted — Document and copy of Judgment enclosed.

---

Distribution:
Original to Case File
Immigration and Customs Enforcement
Defendant (or representative)
Clerk of Court